# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | ARACELI G CHAVEZ |
| Case Number: | 4:08-BK-15548-EWH      Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 05, 2009 10:00 AM   COURTROOM 446 |
| Bankruptcy Judge: | EILEEN W. HOLLOWELL |
| Courtroom Clerk: | TERESA MATTINGLY |
| Reporter / ECR: | EUNICE STROUD |

## Matter:

CONTINUED HEARING ON CHAPTER 13 TRUSTEE MOTION TO DISMISS. (cont. from 10/08/09)

R / M #:   71 / 0

## Appearances:

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
ERIC SLOCUM SPARKS, ATTORNEY FOR ARACELI G CHAVEZ

## Proceedings:

Mr. Morris states there is an amended conduit plan which is being re-reviewed.  They will withdraw the motion.

COURT:  THE HEARING IS VACATED SUBJECT TO CALL.